UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL NO. 3:14-CR-60 (RNC) |
| Plaintiff, | : | |
| V. | : | |
| JOHN VAILETTE, et al, | : | |
| Defendant. | : | MAY 2, 2014 |

### NOTICE OF APPEARNCE

Please enter the appearance of the undersigned as attorney for the defendant, John Vailette in the above-captioned matter.

                              **DEFENDANT,**
                              **JOHN VAILETTE**

By */s/ Kathleen E Dion*
Kathleen E. Dion (ct28605)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: kdion@rc.com

## CERTIFICATION

I hereby certify that on May 2, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System

>                                   */s/ Kathleen E. Dion*
>                                   Kathleen E. Dion