## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>         *Plaintiff,* | : | CRIMINAL NO.<br>3:14-CR-00060 (RNC) |
| VS. | : | |
| JOHN VAILETTE,<br>         *Defendant.* | : | MAY 6, 2014 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my Appearance as counsel in this case for the defendant, JOHN VAILETTE, only.

DATED:  MAY 6, 2014         BY:_____/s/ DIANE POLAN_____
                                          DIANE POLAN
                                          Polan & Simmons, LLC
                                          746 Chapel Street, Suite 202
                                          New Haven, CT 06510
                                          Telephone No.: 203.865.5000
                                          Facsimile No.: 203.865.2177
                                          E-mail: diane.polan@polanlaw.net
                                          Federal Bar No.: ct00223

## CERTIFICATION

I hereby certify that on May 6, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF Filing System, and to:

/s/ DIANE POLAN
DIANE POLAN