UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL NO. 3:14-CR-60 (RNC) |
| | : | |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| JOHN VAILETTE, et al, | : | |
| | : | |
| Defendant. | : | MAY 6, 2014 |
| | : | |

**MOTION FOR EXTENSION OF TIME**

Defendant John Vailette hereby moves for an extension of all deadlines set in the Court's Scheduling Order of April 15, 2014 for 30 days after the Court's decision on the Government's Motion for Protective Order.  Mr. Vailette respectfully submits that the ends of justice served by this proposed extension will outweigh the interest of the public and the defendant in a speedy trial, as follows:

1.      Mr. Vailette was charged in a Grand Jury Indictment dated March 26, 2014 with one charge of arson resulting in death, which has the potential to expose him to the death penalty if he is convicted.  (*See* R. Doc. 1.)  He was arraigned on April 15, 2014 and entered a plea of not guilty.  (*See* R. Doc. 21.)

2.      On April 15, 2014, this Court entered a Scheduling Order, which established the following pre-trial deadlines:  (a) defense motions are due on May 6, 2014; (b) Government responses to such motions are due on May 13, 2014; and (c) proposed jury voir dire questions

and proposed jury instructions are due on June 3, 2014.  (*See* R. Doc. 23.)  Additionally, this Court scheduled jury selection to begin on June 10, 2014.  (*See id.*)

3. Today, the Government filed a motion for protective order.  (*See* R. Doc. 29.)  As a result of the pending Motion, Mr. Vailette has not received most of the information that he is entitled to receive under the Criminal Standing Order on Discovery.  Consequently, the undersigned requires additional time to review the Government's evidence after the Government's motion is decided.

4. Through this motion, Mr. Vailette seeks to extend all of the deadlines in the Scheduling Order for 30 days after the Court's ruling on the motion for protective order.

5. Mr. Vailette acknowledges that, if granted, the 30 day extension he is requesting will be excluded from time calculated under the Speedy Trial Act, 18 U.S.C. § 3161.  He further represents that he will not claim that his Sixth Amendment rights were violated as a result of the granting of the 30-day extension he is seeking.  When granted, Mr. Vailette will provide a speedy trial waiver.

6. This is Mr. Vailette's first motion for extension of time.

7. Counsel for the Government consents to the granting of this motion.

**DEFENDANT**
**JOHN VAILETTE**


By */s/ Kathleen E Dion*
    Craig A. Raabe (ct04116)
    Kathleen E. Dion (ct28605)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299
    E-mail: craabe@rc.com; kdion@rc.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all applicable parties by operation of the Court's electronic filing system.

*/s/ Kathleen E Dion*
Kathleen E. Dion