Crim-Mot hrg (Dec-2008)

HONORABLE:_____

DEPUTY CLERK_____ RPTR/ECRO/TAPE_____

TOTAL TIME: _____hours _____minutes   USPO_____INTERPRETER_____

DATE:_____ START TIME: _____ END TIME:_____

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO._____Deft #_____

UNITED STATES OF AMERICA

_____

AUSA

vs

_____

_____

Defendant's Counsel ☐ CJA ☐ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| ☐......# ___ | Deft_____Motion_____ | ☐granted ☐denied ☐advisement |
|---|---|---|
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......#___ | Deft _____oral motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......#___ | Deft _____oral motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____oral motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's oral motion _____ | ☐ granted ☐ denied ☐advisement |
| ☐......# ___ | Govt's oral motion _____ | ☐ granted ☐ denied ☐advisement |
| ☐.............. | Brief(s) due _____ Response(s) due _____ | Replies due _____ |
| ☐.............. | Bond ☐ set at $_____ ☐ reduced to $_____ | ☐ Non-surety ☐ Surety ☐ PR |
| ☐.............. | Bond ☐ revoked ☐ reinstated ☐ continued ☐modified | |
| ☐.............. | Defendant REMANDED to custody | |
| ☐.............. | Competency Hearing ☐ held ☐ continued until _____ at _____ | |
| ☐.............. | _____hearing continued until _____ at _____ | |
| ☐.............. | Court finds defendant _____ ☐ competent ☐ incompetent | |
| ☐.............. | Court orders defendant _____ to undergo psychiatric evaluation | |
| ☐.............. | Motion Hearing continued until _____ at _____ | |
| ☐.............. | SEE PAGE II for additional entries | |

## DOCUMENTS FILED IN OPEN COURT

☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____