# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | Case No. 3:14CR60 (RNC) |
| v. | : | |
| | : | SEPTEMBER 10, 2014 |
| **STEVEN MARTONE and** | : | |
| **JOHN VAILETTE** | : | |

## PROPOSED SCHEDULING ORDER

Pursuant to the Court's directive issued during the August 12, 2014 telephone conference call in the above-captioned matter, the Government respectfully submits the following proposed dates for inclusion in the Revised Scheduling Order to be issued by the Court:[1]

* Disclosure of non-law enforcement witness information by Government no later than September 29, 2014;

* Defendants' substantive motions (Motions to Dismiss, Motions to Suppress, etcetera), together with supporting memoranda, due on or before January 30, 2015;[2]

* Government's responses to substantive motions, with accompanying memoranda, due on or before February 27, 2015;

---

[1] The scheduling dates are predicated on the assumption that the Court will issue (or decline to issue) the Protective Order requested by the United States on or about September 15, 2014.

[2] Essentially, the schedule provides approximately 120 days after receipt of non-law enforcement witnesses' discovery materials for review and the filing of defense motions.

* Evidentiary hearings (if necessary) the week of April 13, 2015;

* Voir Dire questions and Jury Instructions due on or before May 18, 2015;

* Jury Selection scheduled for the week of June 1, 2015; [3]

* Trial scheduled to begin following jury selection during the week of June 1, 2015. [4]

           Respectfully submitted,

           DEIRDRE M. DALY
           UNITED STATES ATTORNEY


            /s/ John H. Durham
           JOHN H. DURHAM
           ASSISTANT UNITED STATES ATTORNEY
           Federal Bar No. Ct05087
           157 Church Street, Floor 23
           New Haven, CT 06510
           Tel: (203) 821-3700

           MICHAEL A. GAILOR
           SPECIAL ASSISTANT U.S. ATTORNEY

           KEVIN M. SHAY
           SPECIAL ASISTANT U.S. ATTORNEY

---

[3] The Government has been advised by the defendant Martone's counsel that they will be engaged in a previously scheduled federal murder trial starting sometime in March 2015, and counsel for the defendant Vailette have advised the Government that lead counsel will not be available to try this case for a portion of May 2015. Accordingly, the June 1, 2015 trial date is being proposed.

[4] At this time, the Government's best estimate is that the trial of the case will take between 10 and 15 trial days.

2

**CERTIFICATION**

This is to certify that a copy of the within and forgoing "Proposed Scheduling Order" was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. In addition, a copy of said Motion is being e-mailed and facsimiled by the Government to opposing counsel.

/s/ John H. Durham

JOHN H. DURHAM
ASSISTANT UNITED STATES ATTORNEY