# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 3:14CR60 (RNC) |
| v. | : | OCTOBER 2, 2014 |
| | : | |
| **STEVEN MARTONE** and | : | |
| **JOHN VAILETTE** | : | |

## CORRECTED MOTION RE: PROPOSED PROTECTIVE ORDER

Pursuant to the Court's directive issued during the August 12, 2014 status conference and the Court's Order of this date regarding the Proposed Protective Order, the Government respectfully submits the attached revised Protective Order which incorporates the change to Paragraph 6 discussed at the status conference held on today's date.[1]

The defendants have advised the Government that they concur in the issuance of a complete, final Protective Order. They have noted, however, their continuing objection to the issuance of a Protective Order for the reasons previously provided to the Court.

Respectfully Submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

*/s/ John H. Durham*

JOHN H. DURHAM
ASSISTANT U.S. ATTORNEY
FEDERAL BAR NO. ct05087
157 CHURCH STREET, 23RD FLR.
NEW HAVEN, CT  06510
(203) 821-3817
JOHN.DURHAM@USDOJ.GOV

---

[1] A minor edit has also been made to the acknowledgment form attached to the Proposed Protective Order filed on August 25, 2014. That minor edit is the deletion of the reference on Page One, Line 2 referencing the date of the Court's Order.

1

## CERTIFICATION

This is to certify that a copy of the within and foregoing " was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Courts CM/ECF System. In addition, a copy of said Motion is being e-mailed and facsimiled by the Government to opposing counsel.

*/s/ John H. Durham*

JOHN H. DURHAM
ASSISTANT UNITED STATES ATTORNEY