UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NO. 3:14-CR-60 (RNC) |
| | : | |
| V. | : | |
| | : | |
| JOHN VAILETTE, et al, | : | JANUARY 23, 2015 |

## DEFENDANT JOHN VAILETTE'S MOTION TO FILE UNDER SEAL

Pursuant to Local Criminal Rule 57(b)(3), Defendant John Vailette hereby moves to seal the attached Acknowledgement and Agreement to be Bound. In support of this request to seal the caption of the pleading, the defendant represents that there is good cause for doing so, as set forth in the Court's Protective Order.

**DEFENDANT
JOHN VAILETTE**

By */s/ Kathleen E Dion*
   Craig A. Raabe (ct04116)
   Kathleen E. Dion (ct28605)
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT 06103-3597
   Tel. No.: (860) 275-8200
   Fax No.: (860) 275-8299
   E-mail: craabe@rc.com; kdion@rc.com

- 2 -

## CERTIFICATION

I hereby certify that on January 23, 2015, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF Filing System.

*/s/ Kathleen E Dion*
Kathleen E. Dion