UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : NO. 3:14-CR-60 (RNC) |
| V. | : |
| STEVEN MARTONE and JOHN VAILETTE. | : |
| | : JULY 16, 2015 |

## MOTION TO COMPEL DISCLOSURE OF
## INFORMATION RE: GOVERNMENT WITNESSES

Pursuant to Fed. R. Crim. P. 16, *Giglio v. United States*, 405 U.S. 150 (1972), and *Brady v. Maryland*, 373 U.S. 83 (1963), Defendant John Vailette respectfully requests this Court to order the Government to disclose the existence of any benefits, in whatever form, that may have been provided to any potential Government witnesses, including but not limited to the individuals listed in Exhibit A (filed under seal), as a reward or inducement to them to provide information. Specifically, Defendant John Vailette demands disclosure of the following information:

(1) Any and all promises of payment, written or oral, made to any persons as part of this investigation and prosecution;

(2) All promises of any other benefit, written or oral, made to any persons as part of this investigation and prosecution;

(3) All promises of immunity, leniency, preferential treatment or other inducements made to any persons, in writing or orally, as part of this investigation and prosecution;

- 2 -

(4)     All writings or memoranda that contain any of the promises of remuneration, leniency, immunity, preferential treatment or other inducements made in this investigation and prosecution;

(5)     Any record of payment of local, state, or federal funds made to any potential witness in this investigation and prosecution;

(6)     All information regarding any potential witnesses' prior testimony in this or any other proceedings in which they have acted as a witness and/or information.

(7)     All evidence of any potential witnesses' psychiatric treatment, if any, or of any addition or propensity to use or abuse controlled substances. *See United States v. Vitale*, 459 F.3d 190 (2d Cir. 2006).

Such in information bears directly on the question of the credibility of these individuals and is absolutely essential to the defense of this case.

WHEREFORE, the Defendant, John Vailette respectfully requests that the Court grant the foregoing motion and order disclosure of all promises of consideration given to potential Government witnesses.

- 3 -

**DEFENDANT
JOHN VAILETTE**

By */s/ Kathleen E Dion*
   Craig A. Raabe (ct04116)
   Kathleen E. Dion (ct28605)
   Robinson & Cole LLP
   280 Trumbull Street
   Hartford, CT 06103-3597
   Tel. No.: (860) 275-8200
   Fax No.: (860) 275-8299
   E-mail: craabe@rc.com; kdion@rc.com


By */s/ Diane Polan*
   Diane Polan (ct00223)
   Polan & Simmons, LLC
   746 Chapel Street, Suite 202
   New Haven, CT 06510
   Tel. No.: (203) 865-5000
   Fax No.: (203) 865-2177
   E-mail: diane.polan@polanlaw.net

- 4 -

## CERTIFICATION

This is to certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all applicable parties by operation of the Court's electronic filing system.

*/s/ Kathleen E Dion*
Kathleen E. Dion