Criminal Std (6/13/2012)

HONORABLE: **Robert N. Chatigny**
DEPUTY CLERK **Glynn, T.**   RPTR/ECRO/TAPE **Warner, Darlene**
USPO _____   INTERPRETER _____

TOTAL TIME: **1** hours **24** minutes

DATE: **7/17/15**   START TIME: **10:16**   END TIME: **11:40**

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR
- ☐ IA- RULE 5
- ☐ ARRAIGNMENT
- ☐ CONFLICT HRG
- ☐ BOND HRG
- ☐ DETENTION HRG
- ☐ PROBABLE CAUSE
- ☐ EVIDENTIARY HRG
- ☐ CHANGE OF PLEA
- ☐ WAIVER/PLEA HRG
- ☐ EXTRADITION HRG
- ☒ STATUS CONF **FPTC**
- ☐ IN CAMERA HRG
- ☐ COMPETENCY HRG
- ☐ FORFEITURE
- ☐ MOTION HRG

CRIMINAL NO. **14cr60 RNC**   DEFT # **1,2**

**John Durham/Kevin Shay/Michael Gailor**
AUSA

UNITED STATES OF AMERICA
vs
**John Vailette/ Steven Martone**

**Raabe/Polan/Dion/Donovan/Bussert**
Counsel for Defendant Ret ☐ CJA  ☒ PDA ☐

- ☐ …….Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ …… ☐ Arrest Date (CT Case): _____  ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ …… CJA 23 Financial Affidavit filed ☐ under seal
- ☐ …… Order Appointing Federal Public Defender's Office filed
- ☐ …… Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ …… Appearance of _____ filed
- ☐ …… ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ …… ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ …… ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ …… ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ …… Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ……Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
- ☐ …… Petition to Enter Guilty Plea filed
- ☐ …… Defendant motions due _____ ; Government responses due _____
- ☐ …… Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ …….Hearing on Pending Motions scheduled for _____ at _____
- ☐ …… Jury Selection set for _____ at _____
- ☐ …… Remaining Count(s) to be dismissed at sentencing
- ☐ …… Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ …… Special Assessment of $_____ on count(s) _____. Total $_____ ☐ Due immediately ☐ Pay at sentencing
- ☐ …… Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Order of Detention filed
- ☐ …… Deft ordered removed/committed to originating /another District of _____
- ☐ …… No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ …… Waiver of Rule 5 Hearing filed
- ☐ …… Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ …… Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☐ …… Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified
- ☐ …… Defendant detained
- ☐ …… _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ …… Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for  ☐ conditions of bond  ☒ additional proceedings

## CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ......Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☒ ....... Telephone conference scheduled for Wednesday, July 22, 2015 at 9AM.

## ADDITIONAL PROCEEDINGS

| | | Ruling |
|---|---|---|
| ☒ ..... Deft's oral motion | S.M. to file motions to suppress statements (due 7/20/15) | ☒ granted ☐ denied ☐ advisement |
| ☐ ......Deft's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ ......Deft's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ ......Deft's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... Govt's oral motion | | ☐ granted ☐ denied ☐ advisement |
| ☒ ..... #99 Deft Steven Martone Motion in Limine (DEN w/o prej) | | ☐ granted ☒ denied ☐ advisement |
| ☒ ..... #103 Deft John Vailette Motion (sealed) | | ☐ granted ☒ denied ☐ advisement |
| ☐ ..... # ___ Govt Motion | | ☐ granted ☐ denied ☐ advisement |
| ☐ ..... # ___ Govt Motion | | ☐ granted ☐ denied ☐ advisement |
| ☒ ..... 104 - John Vailette - Mot to Dismiss for lack of jurisdiction | | ☐ filed ☐ granted ☒ denied ☐ advisement |
| ☒ ..... 107 - Steven Martone - Mot for leave to file further pretrial motions | | ☐ filed ☐ granted ☒ denied ☐ advisement |
| ☒ ..... 108 - Steven Martone - Mot to compel | | ☐ filed ☐ granted ☐ denied ☒ advisement |
| ☒ ..... 109 - Steven Martone - Mot to Vacate PO | | ☐ filed ☐ granted ☐ denied ☒ advisement |
| ☒ ..... 110 - Steven Martone - Mot re Juror Questionnaires | | ☐ filed ☐ granted ☐ denied ☒ advisement |
| X   111 - Steven Martone -Mot not to sit on Jewish Holidays - GRANTED | | |
| X   121 - John Vailette - Motionto Vacate - advisement | | |